IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jarvis, Debra K | Case Number: 05 B 43890 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/22/08 | Filed: 10/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 20, 2007
Confirmed: December 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,436.35 | |
| Secured: | | 10,063.62 |
| Unsecured: | | 1,360.82 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 763.17 |
| Other Funds: | | 48.74 |
| Totals: | 14,436.35 | 14,436.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | Capital One | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 10,063.62 | 10,063.62 |
| 4. | Capital One | Unsecured | 46.11 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 80.78 | 80.78 |
| 6. | Capital One | Unsecured | 33.39 | 33.39 |
| 7. | B-Line LLC | Unsecured | 90.74 | 90.74 |
| 8. | Merrick Bank | Unsecured | 109.67 | 109.67 |
| 9. | American General Finance | Unsecured | 835.46 | 835.46 |
| 10. | Aspire Visa | Unsecured | 120.85 | 120.85 |
| 11. | Resurgent Capital Services | Unsecured | 89.93 | 89.93 |
| 12. | American General Finance | Unsecured | | No Claim Filed |
| 13. | American Debt Collection | Unsecured | | No Claim Filed |
| 14. | FSM Group Inc | Unsecured | | No Claim Filed |
| 15. | Cash Advance | Unsecured | | No Claim Filed |
| 16. | County Bank Of Rehoboth Beach | Unsecured | | No Claim Filed |
| 17. | First Premier | Unsecured | | No Claim Filed |
| 18. | Nationwide Cash | Unsecured | | No Claim Filed |
| 19. | United Cash Loans | Unsecured | | No Claim Filed |
| 20. | Quick Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,670.55 | $ 13,624.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 208.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jarvis, Debra K

Printed: 1/22/08

Case Number: 05 B 43890
Judge: Goldgar, A. Benjamin
Filed: 10/5/05

|      |        |
|------|--------|
| 5%   | 71.25  |
| 4.8% | 94.80  |
| 5.4% | 388.13 |
|      | _____ |
|      | $ 763.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____